ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 OCT -5 AM 10: 17

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| LONNIE BRANTLEY (01) | 4-15CR-225-Y |

## MISDEMEANOR INFORMATION

The United States Attorney Charges:

### Count One
### False Statement to HUD
### (18 U.S.C. §1012)

On or about January 14, 2013, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant **Lonnie Brantley** did, with intent to defraud, make a material false report and statement to the Department of Housing and Urban Development ("HUD"), to wit: **Brantley** drafted, executed, and sent an affidavit to HUD in response to a HUD inquiry that falsely represented that he had no relationship with an entity associated with his lending business, when in fact, as he knew, he had an ownership interest in that entity.

All done in violation of 18 U.S.C. §1012.

JOHN R. PARKER
UNITED STATES ATTORNEY

JAY WEIMER
Assistant United States Attorney
Texas State Bar No. 24013727
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455